# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOMINIQUE VALLIER

NO. 2025 KW 1364

**FEBRUARY 23, 2026**

---

In Re:   Dominique Vallier, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 557415.

---

BEFORE:   **LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The district court properly treated relator's motion for new trial as a request for postconviction relief. Relator has previously exhausted his right to postconviction relief and fails to show any exception that permits his successive filing. See La. Code Crim. P. arts. 930.4(E) & 930.8(A); **State v. Vallier,** 2022-0156 (La. App. 1st Cir. 4/22/22), 2022 WL 1197825 (*unpublished*), writ denied, 2022-00805 (La. 10/4/22), 347 So.3d 897. See also **Orellana v. 24th Jud. Dist. Ct. Par. of Jefferson,** 2018-1603 (La. 1/8/19), 259 So.3d 1018.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT